UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLFRESH FOOD PRODUCTS, INC., *et al.* <br><br> Defendants. | Case No. 1:20-cv-04650 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs the United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees, and Defendants Allfresh Food Products, Inc. and Food Corporation of America, hereby request dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have executed a settlement and tolling agreement in this matter.

Respectfully submitted,

| *For Plaintiffs:* | *For Defendants:* |
|---|---|
| /s/ David G. Huffman-Gottschling | */s/ Ronald B. Kowalczyk, with consent* |
| David Huffman-Gottschling (Bar No. 6269976) | Ronald B. Kowalczyk (Bar No. 6274373) |
| davidhg@jbosh.com | rkowalczyk@kelleherholland.com |
| Sherrie E. Voyles (Bar No. 06242386) | Samuel J.H. Weyers (Bar No. 6307309) |
| svoyles@jobsh.com | sweyers@kelleherholland.com |
| Jacobs, Burns, Orlove & Hernandez LLP | KELLEHER & HOLLAND, LLC |
| 150 N. Michigan Ave., Suite 1000 | 102 S. Wynstone Park Drive |
| Chicago, IL 60601 | North Barrington, IL 60010 |

Jeffrey S. Endick (Bar No. 4133661)
jendick@slevinhart.com
Kristina F. Salamoun (Bar No. 89157)
ksalamoun@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, DC 20036

**CERTIFICATE OF SERVICE**

I, David G. Huffman-Gottschling, an attorney, certify that I caused the foregoing document to be served upon the following via the ECF system on January 6, 2021.

>Ronald B. Kowalczyk
>Samuel J.H. Weyers
>Kelleher + Holland
>102 S. Wynstone Park Drive
>North Barrington, IL 60010
>rkowalczyk@kelleherholland.com
>sweyers@kelleherholland.com
>
>*Counsel for Defendants*

      /s/ David Huffman-Gottschling
      David Huffman-Gottschling

20927761v1